IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02254-BNB

TOMMY LEE ROBINSON,

    Plaintiff,

v.

ARISTEDES ZAVARAS (Executive Director),
RICHARD HARLAN (Warden),
TONY PHILPOT (Major),
SHANNON CURTIS (Captain),
WAYNE SALBATO (Lieutenant), and
TRAVIS COBERLY (Correctional Officer),

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 0 2007

GREGORY C. LANGHAM
            CLERK

---

ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY
OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

---

Plaintiff, Tommy Lee Robinson, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Trinidad, Colorado, correctional facility. He has filed *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

On October 25, 2007, Magistrate Judge Boyd N. Boland directed Mr. Robinson to cure a deficiency in this case by submitting within thirty days a certified copy of his trust fund account statement. On November 7, 2007, Mr. Robinson submitted letters to the Court and to the clerk of the Court indicating that on November 3, 2007, he had requested that a certified copy of his trust fund account statement be forwarded to the Court and that subsequent to that request Major Horton at the Trinidad Correctional

Facility had informed his case manager that there was no one at the Trinidad Correctional Facility to certify an account statement for Mr. Robinson. The Court will require the Trinidad Correctional Facility to provide Mr. Robinson with a certified account statement that complies with 28 U.S.C. § 1915 (2006) as directed below.

Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Robinson needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action, which he apparently intends to do. Therefore, the warden of the Trinidad Correctional Facility will be ordered to obtain from the appropriate prison official, and to provide the Court with, a certified copy of Mr. Robinson's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on October 25, 2007. Failure to provide such an account statement within the time allowed will result in a Court order directing the warden of the Trinidad Correctional Facility to pay the entire $350.00 filing fee owed in this action. Accordingly, it is

ORDERED that the warden of the Trinidad Correctional Facility obtain from the appropriate prison official, and provide the Court with, a certified copy of Plaintiff, Tommy Lee Robinson's, inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on October 25, 2007. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed will result in a Court order directing the warden of the Trinidad

Correctional Facility to pay the entire $350.00 filing fee owed in this action.

FURTHER ORDERED that the clerk of the Court mail a copy of this order to the warden of the Trinidad Correctional Facility.

DATED November 30, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02254-BNB

Tommy Lee Robinson
Reg. No. 96490
TCF
PO Box 2000
Trinidad, CO 81082

Richard Harlan, Warden
TCF
PO Box 2000
Trinidad, CO 81082

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/30/07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk